UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20285-CR-SEITZ

UNITED STATES OF AMERICA,
        Plaintiff,
v.

ALBA SERRANO,
        Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 21] of the Honorable Barry L. Garber recommending that the Defendant Alba Serrano's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Serrano's plea of guilty is accepted, and Defendant Alba Serrano is adjudicated guilty to the charges set forth in the Information.

DONE AND ORDERED in Miami, Florida this 27 day of June, 2012.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        Judge Barry L. Garber